NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

MOONEY AIRCRAFT, INC., Respondent.

No. 21119.

United States Court of Appeals Fifth Circuit.

Oct. 21, 1964.

Theodore J. Martineau, Atty., N. L. R. B., Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Dominick L. Manoli, Asso. Gen. Counsel, Washington, D. C., for petitioner.

Hal Rachal, Midland, Tex., for respondent.

Before RIVES and BROWN, Circuit Judges, and GARZA, District Judge.

PER CURIAM.

The Board petitions for enforcement of its order requiring reinstatement of an employee with an award of back pay because of a discriminatory discharge in violation of § 8(a) (3), 49 Stat. 452, as amended, 29 U.S.C.A. § 158(a) (3) (Supp.1963). The critical issue of discriminatory motivation was essentially a factual controversy requiring credibility choices left to the Board. As in prior cases, we find the evidence sufficient. Mooney Aircraft, Inc., 138 NLRB 1331, enforced, N. L. R. B. v. Mooney Aircraft, Inc., 5 Cir., 1964, 328 F.2d 426; Mooney Aircraft, Inc., 132 NLRB 1194, enforced, N. L. R. B. v. Mooney Aircraft, Inc., 5 Cir., 1962, 310 F.2d 565.

Enforced.